Clarence Hammond v. Union Bag and Paper Company.— Motion denied.

John Keyes, Appellant, v. Shird Bishop, Respondent.— Motion granted unless within twenty days appellant pays respondent ten dollars costs and serves case within twenty days, in which case motion is denied.

James L. Matteson, Appellant, v. The Jennings Bragdon Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the Buffalo, Rochester and Eastern Railroad Company for a Certificate of Public Necessity.— Motion for leave to submit, upon the appeal, the exhibits without printing the same granted, subject to an order to be made upon the argument, if deemed necessary, for the printing of any part or all of the same.

William H. Maclay, Respondent, v. Charlotte M. Sherman, Appellant.— Motion granted, without costs.

Elizabeth M. Nicholson, as Administratrix, etc., of William S. Nicholson, Deceased, Appellant, v. The Town of Stillwater, Respondent.— Judgment affirmed, with costs.   All concurred, except Betts, J., dissenting.

The People of the State of New York, Respondent, v. Alfred Nelson, Appellant.— Motion denied.   All concurred, except Betts, J., dissenting.

The People of the State of New York, Appellant, ex rel. Jerome B. Hadsell, Respondent, v. Maurice Tompkins, as Sheriff of Broome County, Appellant.— Order affirmed, with costs.   Smith, P. J., concurred upon the authority of *People ex rel. Livingston* v. *Wyatt* (186 N. Y. 383); Houghton, J., concurred on the ground that the witness was privileged from answering the questions because they might tend to incriminate him; Kellogg, J., voted for reversal; Lyon, J., not sitting.

The People of the State of New York, Plaintiff, v. Bank of Staten Island, Defendant.   In the Matter of the Judicial Settlement of the Account of Joseph B. Mayer, as Receiver of the Bank of Staten Island. Joseph B. Mayer, Former Receiver, Appellant; John S. Davenport, Receiver, Respondent.— Order reversed, without costs, and allowance fixed at $1,000.   All concurred.

Joseph A. Powers, as Executor, etc., of Albert E. Powers, Deceased, Respondent, v. Charles Lansing, Appellant, Impleaded with Edward F. Powers and Others, as Executors, etc., of Nathaniel B. Powers, Deceased, and Caroline L. Lansing.— Judgment unanimously affirmed, with costs.

Nathan J. Packard, Substituted as Plaintiff for Ulster County Savings Institution, Respondent, v. Anna E. Lyon and Grace Parker Lyon, Appellants, Impleaded with Elly Z. Parker and Others.— Order reversed and matter remitted to the Special Term to inquire whether Anna E. Lyon has been discharged from personal liability upon the bonds or other obligations secured by the mortgages upon the lands in question.   If it shall be found that she has been discharged in bankruptcy from such obligations, or if releases from all liability thereupon, including the deficiency judgment herein, be tendered her, and if tender thereof be declined the same deposited with the county clerk of Ulster county for her benefit, and proof thereof made to the Special Term, the Special Term is directed to